Max Mandel and Ida Feinstein, Respondents, v. Elias Gottfried, Appellant, Impleaded with "Abraham" Cohen (First Name Fictitious, etc.) and Bernard Nadler.— Determination affirmed, with costs. No opinion.

United Electric Light and Power Company, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Benjamin F. Griffiths and Leo J. Kersburg, Respondents, v. Quincy Ward Boese, Appellant.— Judgment and order affirmed, with costs. No opinion. (Clarke, J., dissenting.)

Benjamin F. Griffiths and Leo J. Kersburg, Respondents, v. Quincy Ward Boese, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., and Clarke, J., dissenting.)

John J. McMahon, Appellant, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Respondents.— Judgment affirmed, with costs. No opinion.

The New York Air Brake Company, Appellant, v. International Steam Pump Company and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Jacob Fischel, Appellant, v. Harry Fischel and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Dean G. Edwards, Respondent, v. New Jersey and Hudson River Railway and Ferry Company, Appellant.— Order reversed on *Phillips* v. *Tietjen* (108 App. Div. 9) and case restored to calendar for trial.

Katharine L. Hutchins, Respondent, v. Walter T. Hutchins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louisine W. Havemeyer and Others, as Executors, etc., of Henry O. Havemeyer, Deceased, Appellants, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ferdinand Steiger, Respondent, v. Louis Meryash, Appellant, Impleaded with Joseph Buehler and Others (2 cases).— Order modified by providing that the costs imposed as a condition of amendment be made absolute, and as so modified affirmed, without costs. No opinion.

Katherine Ship, Respondent, v. Percy Fridenberg, Appellant, Impleaded with Robert Fridenberg and Paul Fridenberg.— Order reversed, with ten dollars costs and disbursements, on 132 Appellate Division, 782, and motion granted, with ten dollars costs to the extent stated in order.

James B. Swing, as Trustee of the Creditors and Stockholders of the Union Mutual Fire Insurance Company of Cincinnati, Appellant, v. Walter A. Burke, as Executor, etc., of Matilda B. Brown, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman H. Levy, Respondent, v. "Henry" Toyoda, the Name Henry Being Fictitious, etc., and Others, Surviving Partners of the Firm of Scheuer & Co., Doing Business at No. 489 Broadway, in the Borough of Manhattan, City of New York, and also in Japan, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.